Name and address

James Louis Kohl, CA St. Bar # 120808
1571 Alvarado, #4
Walnut Creek, CA 94597

Attorney for Defendant,
SMART AV PTY LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDIO TOYS, INC.<br><br>Plaintiff(s)<br>v.<br>SMART AV PTY LTD.<br><br>Defendant(s) | CASE NUMBER<br>C06-6298-SBA<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__SMART AV PTY LTD.__    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
   *Name of Party*

to substitute __James Louis Kohl__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__1571 Alvarado Ave., Suite 4__
*Street Address*

__Walnut Creek, CA 94597__                __jmskohl@yahoo.com__
*City, State, Zip*                         *E-Mail Address*

__(925) 451-8378__      __(925) 962-9567__      __120808__
*Telephone Number*       *Fax Number*           *State Bar Number*

as attorney of record in place and stead of __Owen T. Mascott__
                                              *Present Attorney*

is hereby    ☒ GRANTED    ☐ DENIED

Dated __4/13/07__

*/s/ Saundra B Armstrong*
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY